# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2020

162205(65)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

AAA MEMBER SELECT INSURANCE
COMPANY,
       Plaintiff-Appellant,
and

AUTO OWNERS INSURANCE COMPANY,
       Intervening Plaintiff-Appellee,

v

STEVEN T. JOHNSON, JONATHAN PARKER,
ERNESTA WILLIAMS, DELOIS WYNNE,
VIRGINIA HUDSON, ELANTRA EVANS,
KIMBERLY GILLES, and SHARIDA MOORE,
       Defendants,
and

SHARON LEFTWICH and CLARA WILLIAMS,
       Defendants-Appellees.
_____/

MSC: 162205
COA: 349608
Oakland CC: 2016-152990-CK

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on December 4, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2020           

Clerk